968 A.2d 225

**RELATIONAL INVESTORS LLC, Appellee**

v.

**SOVEREIGN BANCORP, INC., Appellant.**

Supreme Court of Pennsylvania.

March 20, 2009.

Maureen Murphy McBride, Esq., William H. Lamb, Esq., Scot Russel Withers, Esq., Lamb McErlane, PC, West Chester, James Charles Schwartzman, Esq., George Thompson Bell, Esq., Stevens & Lee, P.C., Robert E. Zimet, Esq., Skadden Arps Slate Meagher & Flom, New York, NY, for appellant Sovereign Bancorp, Inc.

Calvin Royer Koons, Esq., John G. Knorr, III, Esq., Harrisburg, for appellant amicus curiae Attorney General of Pennsylvania.

David Michael Laigaie, Esq., Dilworth Paxson LLP, Philadelphia, Brian T. Frawley, Esq., Sullivan & Cromwell LLP, New York, NY, for appellee Relational Investors, LLC.

Thomas W. Asreen, New York, NY, for appellee United States Court of Appeals for the Second Circuit.

## ORDER

PER CURIAM.

AND NOW, this 20th day of March, 2009, the Joint Application for Relief to Discontinue Matter Certified from the United States Court of Appeals for the Second Circuit is hereby GRANTED and this matter is discontinued.